COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Dina Velasquez Pereira v. Leonel Antonio Lopez Bustillo

Appellate case number:   01-16-00136-CV

Trial court case number: 2015-19994-7

Trial court:             247th District Court of Harris County


On November 10, 2016, we abated this appeal and remanded the case to permit the trial court to render a final judgment. *See* TEX. R. APP. P. 27.2. On January 4, 2017, the district clerk filed a supplemental clerk's record that contains the trial court's "Final Order in Suit Affecting the Parent-Child Relationship," signed on December 22, 2016. Accordingly, we REINSTATE this case on the Court's active docket.

It is so ORDERED.


Judge's signature:   /s/ Terry Jennings
                     ☑  Acting individually

Date: February 2, 2017